# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| PIPE & BOILER INSULATION, INC., by and through its duly appointed Receiver Peter D. Protopapas,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL INSURANCE COMPANY, formerly known as Niagara Fire Insurance Company; ARROWOOD INDEMNITY COMPANY, formerly known as Security Insurance Company of Hartford; LIBERTY MUTUAL INSURANCE COMPANY; and AON CORPORATION and AON INSURANCE MANAGERS (USA) INC.,<br><br>Defendants. | C/A No. 3:21-cv-03033-SAL<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE BETWEEN PIPE & BOILER, INC. AND ARROWOOD INDEMNITY COMPANY** |

Pipe & Boiler Insulation, Inc. ("Pipe & Boiler"), by and through its duly appointed Receiver Peter D. Protopapas, hereby provides notice to the Court and all parties that Pipe & Boiler has negotiated a settlement in principle with Arrowood Indemnity Company ("Arrowood"), formerly known as Security Insurance Company of Hartford. As part of the settlement in principle, Pipe & Boiler and Arrowood have agreed to suspend litigation activity against each other in this case and request that the Court permit ECF Nos. 77, 102, 108, and 119 to be withdrawn without prejudice.

The Receiver for Pipe & Boiler must seek approval from the South Carolina receivership court responsible for the Pipe & Boiler receivership before this agreement becomes final. The Receiver anticipates filing additional documentation with the Court regarding the proposed settlement.

Respectfully submitted,

s/Robert E. Sumner, IV
Robert E. Sumner, IV (Fed. ID. No. 10215)
Joel A. Berly, IV (Fed. ID No. 13101)
BUTLER SNOW, LLP
25 Calhoun St., Ste. 250
Charleston, SC 29401
Telephone:  843/277-3700
Facsimile:   843/277-3701
robert.sumner@butlersnow.com
jay.berly@butlersnow.com

G. Murrell Smith, Jr. (Fed. ID No. 6120)
Jonathan M. Robinson (Fed ID No. 7755)
Shanon N. Peake (Fed ID. No. 13051)
SMITH ROBINSON HOLLER DUBOSE AND MORGAN, LLC
2530 Devine Street
Columbia, South Carolina 29205
Telephone: 803/254.5445
jon@smithrobinsonlaw.com
murrell@smithrobinsonlaw.com
shanon@smithrobinsonlaw.com

Brian M. Barnwell (Fed. ID No. 10624)
RIKARD & PROTOPAPAS, LLC
2110 N. Beltline Blvd.,
Columbia, South Carolina 29204
Telephone: 803/978.6111
bb@rplegalgroup.com

***Attorneys for Plaintiff***

This 30th day of January, 2023